■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM RIVERA, Appellant. [995 NYS2d 500]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, New York County (Carol Berkman, J.), rendered on or about March 7, 2012, said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Concur—Tom, J.P., Sweeny, Renwick, Andrias and Clark, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT MONTGOMERY, Appellant. [993 NYS2d 506]—Judgment of resentence, Supreme Court, New York County (Ronald Zweibel, J.), rendered July 16, 2010, resentencing defendant, as a second violent felony offender, to a term of 10 years, with five years' postrelease supervision, unanimously affirmed.

The resentencing proceeding imposing a term of postrelease supervision was neither barred by double jeopardy nor otherwise unlawful (*see People v Lingle*, 16 NY3d 621 [2011]). Concur—Tom, J.P., Sweeny, Renwick, Andrias and Clark, JJ.